

# IN THE
# TENTH COURT OF APPEALS

## No. 10-22-00057-CV

## IN RE T.W.A.

## Original Proceeding

## From the 74th District Court
## McLennan County, Texas
## Trial Court No. 2402-J

## MEMORANDUM OPINION

T.W.A.'s Petition for Writ of Mandamus, filed on March 2, 2022, is denied.

All motions pending are denied.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Smith, and
     Justice Wright[1]
Petition denied
Motions denied
Opinion delivered and filed August 24, 2022
[CV06]



---

[1] The Honorable Jim R. Wright, Senior Chief Justice (Retired) of the Eleventh Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE §§ 74.003, 75.002, 75.003.